# UNITED STATES BANKRUPTCY COURT

DISTRICT OF RHODE ISLAND

In re:  MICHAEL E. KELLY                                           Case No.:  12-13216
        DIANE KELLY
              Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John Boyajian, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  10/05/2012.
2) The plan was confirmed on  12/19/2012.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  05/06/2013, 03/25/2014, 08/06/2013.
5) The case was dismissed on  04/14/2014.
6) Number of months from filing or conversion to last payment:  10.
7) Number of months case was pending:  20.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor: | $4,725.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $4,725.00 |

**Expenses of Administration:**
|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,500.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $177.29 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,677.29 |
| Attorney fees paid and disclosed by debtor: | $1,000.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANTAGE ASSETS II, INC. | Unsecured | 2,503.73 | 2,503.73 | 2,503.73 | .00 | .00 |
| AMER. INFOSOURCE FOR MIDLAND | Unsecured | 5,681.84 | 5,681.84 | 5,681.84 | 123.11 | .00 |
| AMERICAN EXPRESS | Unsecured | NA | 2,368.41 | 2,368.41 | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 13,574.46 | 13,574.46 | 13,574.46 | 303.89 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,611.99 | 2,611.99 | 2,611.99 | .00 | .00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | NA | 5,666.94 | 5,666.94 | 122.81 | .00 |
| FIA CARD SERVICES, NA | Unsecured | NA | 2,529.13 | 2,529.13 | .00 | .00 |
| FORD MOTOR CREDIT COMPANY | Unsecured | 4,347.04 | 4,319.48 | 4,319.48 | .00 | .00 |
| FORD MOTOR CREDIT COMPANY | Unsecured | 3,379.47 | 3,359.18 | 3,359.18 | .00 | .00 |
| GREEN TREE FINANCIAL SERVICING | Secured | 264,873.14 | 20,528.14 | 20,528.14 | 1,497.90 | .00 |
| LVNV FUNDING LLC | Unsecured | 289.76 | 289.76 | 289.76 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re: MICHAEL E. KELLY  
      DIANE KELLY  
      Debtor(s)

Case No.: 12-13216

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | Unsecured | NA | 1,928.04 | 1,928.04 | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|   Mortgage Ongoing: | .00 | .00 | .00 |
|   Mortgage Arrearage: | 20,528.14 | 1,497.90 | .00 |
|   Debt Secured by Vehicle: | .00 | .00 | .00 |
|   All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 20,528.14 | 1,497.90 | .00 |
| **Priority Unsecured Payments:** | | | |
|   Domestic Support Arrearage: | .00 | .00 | .00 |
|   Domestic Support Ongoing: | .00 | .00 | .00 |
|   All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 44,832.96 | 549.81 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,677.29 |
| Disbursements to Creditors: | $2,047.71 |
| **TOTAL DISBURSEMENTS:** | $4,725.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/09/2014      By: /s/John Boyajian  
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.